# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Gabriel P. Torres ,

      Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.                               3:11-cv-151

Lewis Smith ,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2011 Order.

Signed: April 8, 2011

Frank G. Johns, Clerk
United States District Court